UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.  3:22cr16/TKW/MAL
   3:24cv312/TKW/MAL

MAURICE PEARCE HEAD
_____/

# O R D E R

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 114).   No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Defendant's §2255 motion should be dismissed without prejudice because his direct appeal remains pending at the Eleventh Circuit.   Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 112) is DISMISSED without prejudice.

**DONE and ORDERED** this 5th day of August, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**